## LIPPENCOTT v. HERRING.

No. 28218.    March 26, 1940.

*100 P. 2d 893.*

Orval Grim, of Cheyenne, for plaintiff in error.

F. R. Blosser, of Cheyenne, for defendant in error.

PER CURIAM. There is here involved the identical questions which were presented and decided in G. W. Montgomery v. F. E. Herring, 187 Okla. 10, 100 P. 2d 892. What was there said is controlling here. We therefore adopt the syllabus and opinion therein as the syllabus and opinion in this cause.

Reversed and remanded, with directions for new trial.

BAYLESS, C. J., WELCH, V. C. J., and RILEY, CORN, and DAVISON, JJ., concur.